UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Nos. 6:12-CR-00492-AA |
| | 6:16-CV-00138-AA |
| v. | |
| | **ORDER** |
| SHAWN DAVID BAKER, | |
| Defendant-Petitioner. | |

Based upon the motion by the United States, and the Court finding good cause,

IT IS HEREBY ORDERED that the United States' Response to Defendant's Motion under 28 U.S.C. § 2255 and supporting exhibits are SEALED until further order of the Court.

SO ORDERED this 17th day of April 2016.

_____
ANN AIKEN
U.S. DISTRICT JUDGE

Presented by:

s/ *Nathan J. Lichvarcik*
NATHAN J. LICHVARCIK
Assistant United States Attorney